UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

April Speers, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

PRE-EMPLOY.COM, INC.,

Defendant(s).

Civil Case No. 3:13-cv-01849-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Joseph G. Sauder** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Sauder** (Last Name)   **Joseph** (First Name)   **G.** (MI)   (Suffix)
Firm or Business Affiliation: **Chimicles & Tikellis LLP**
Mailing Address: **361 West Lancaster Avenue**
City: **Haverford**   State: **PA**   Zip: **19041**
Phone Number: **(610) 642-8500**   Fax Number: **610-649-3633**
Business E-mail Address: **josephsauder@chimicles.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a)  State bar admission(s), date(s) of admission, and bar ID number(s):
Please See Attached Chart

    (b)  Other federal court admission(s), date(s) of admission, and bar ID number(s):
Please See Attached Chart

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)  ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 6 million that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff April Speers

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 21st day of October, 2013

*(Signature of Pro Hac Counsel)*

Joseph G. Sauder
*(Typed Name)*

### CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21 day of October, 2013

*(Signature of Local Counsel)*

Name: Larson, Steve, D.
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 863540
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter PC
Mailing Address: 209 SW Oak Street, Suite 500
City: Portland    State: OR    Zip: 97204
Phone Number: 503-227-1600    Business E-mail Address: slarson@stollberne.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## COURT ADMISSIONS - JOSEPH G. SAUDER

| COURT | DATE OF ADMISSION | IN GOOD STANDING? | ID NO. |
|---|---|---|---|
| Pennsylvania Supreme Court | 11/9/98 | Yes | 82467 |
| New Jersey Supreme Court | 12/98 | Yes | 03079-1998 |
| Eastern District of Pennsylvania | 2002 | Yes | 82467 |
| Middle District of Pennsylvania | 2003 | Yes | 82467 |
| District of New Jersey | 12/1/04 | Yes | JS5756 |
| District of Colorado | 12/15/09 | Yes | |
| Third Circuit Court of Appeals | 1/2006 | Yes | |