**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

April Speers, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

PRE-EMPLOY.COM, INC.,

    Defendant(s).

Civil Case No. 3:13-cv-01849-HU

**APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE***

Attorney __Benjamin F. Johns__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Johns__ (Last Name) __Benjamin__ (First Name) __F.__ (MI) ____ (Suffix)
Firm or Business Affiliation: __Chimicles & Tikellis LLP__
Mailing Address: __361 West Lancaster Avenue__
City: __Haverford__ State: __PA__ Zip: __19041__
Phone Number: __(610) 642-8500__ Fax Number: __610-649-3633__
Business E-mail Address: __benjohns@chimicles.com__

---

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Please See Attached Chart

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Please See Attached Chart

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 6 million that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff April Speers

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 21st day of October, 2013

*(Signature of Pro Hac Counsel)*

Benjamin F. Johns
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21st day of October, 2013

*(Signature of Local Counsel)*

Name: Larson, Steve, D.
  *(Last Name)* *(First Name)* *(MI)* *(Suffix)*
Oregon State Bar Number: 863540
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter PC
Mailing Address: 209 SW Oak Street, Suite 500
City: Portland   State: OR   Zip: 97204
Phone Number: 503-227-1600   Business E-mail Address: slarson@stollberne.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

Judge

## COURT ADMISSIONS - BENJAMIN F. JOHNS

| COURT | DATE OF ADMISSION | IN GOOD STANDING? | ID NO. |
|---|---|---|---|
| The Supreme Court of Pennsylvania | 10/13/05 | Yes | 201373 |
| The Supreme Court of New Jersey | 11/05 | Yes | 03818-2005 |
| United States Court of Appeals for the Third Circuit | 11/05 | Yes | |
| United States Court of Appeals for the D.C. Circuit | 9/09 | Yes | |
| United States District Court for the Eastern District of Pennsylvania | 11/05 | Yes | 201373 |
| United States District Court for the Middle District of Pennsylvania | 2/12/2010 | Yes | 201373 |
| United States District Court for the District of New Jersey | 12/05 | Yes | BJ9832 |
| United States District Court for the District of Colorado | 12/15/09 | Yes | |
| United States Court of Federal Claims | 2/06 | Yes | |