**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

April Speers, individually and on behalf of all others similarly situated,

  Plaintiff(s),

v.

PRE-EMPLOY.COM, INC.,

  Defendant(s).

Civil Case No. 3:13-cv-01849-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Matthew D. Schelkopf requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Schelkopf (Last Name), Matthew (First Name), D. (MI), (Suffix)
Firm or Business Affiliation: Chimicles & Tikellis LLP
Mailing Address: 361 West Lancaster Avenue
City: Haverford    State: PA    Zip: 19041
Phone Number: (610) 642-8500    Fax Number: 610-649-3633
Business E-mail Address: matthewschelkopf@chimicles.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Please See Attached Chart

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
Please See Attached Chart

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 6 million that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff April Speers

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 21st day of October, 2013

*(Signature of Pro Hac Counsel)*

Matthew D. Schelkopf
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 21st day of October, 2013

*(Signature of Local Counsel)*

Name: Larson, Steve, D.
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 863540
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter PC
Mailing Address: 209 SW Oak Street, Suite 500
City: Portland  State: OR  Zip: 97204
Phone Number: 503-227-1600  Business E-mail Address: slarson@stollberne.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

## COURT ADMISSIONS - MATTHEW D. SCHELKOPF

| COURT | DATE OF ADMISSION | IN GOOD STANDING? | ID NO. |
|---|---|---|---|
| Pennsylvania Supreme Court | 10/2002 | Yes | 89143 |
| New Jersey Supreme Court | 12/17/2002 | Yes | 03036-2002 |
| Eastern District of Pennsylvania | 7/9/2010 | Yes | 89143 |
| District of New Jersey | 3/2/2009 | Yes | MS3036 |
| Third Circuit Court of Appeals | | Yes | |