UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

April Speers, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

PRE-EMPLOY.COM, INC.,

Defendant(s).

Civil Case No. 3:13-cv-01849-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Michael A. Caddell** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Caddell** (Last Name) **Michael** (First Name) **A.** (MI) ___ (Suffix)
Firm or Business Affiliation: **Caddell & Chapman**
Mailing Address: **1331 Lamar St., Suite 1070**
City: **Houston**   State: **TX**   Zip: **77010**
Phone Number: **(713) 751-0400**   Fax Number: **(713) 751-0400**
Business E-mail Address: **mac@caddellchapman.com**

(2) **BAR ADMISSIONS INFORMATION:**

   (a)  State bar admission(s), date(s) of admission, and bar ID number(s):

   | | | |
   |---|---|---|
   | Texas | 11/12/1979 | 03576700 |
   | California | 5/2007 | 249469 |

   (b)  Other federal court admission(s), date(s) of admission, and bar ID number(s):
   See attached Exhibit A.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

   (a)  ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   (b)  ☐  I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

   I have a current professional liability insurance policy in the amount of $ 1,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

   I am representing the following party(s) in this case:
   April Speers (Plaintiff) and the putative class

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 23rd day of October, 2013

_____
(Signature of Pro Hac Counsel)

Michael A. Caddell
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 28th day of October, 2013

_____
(Signature of Local Counsel)

Name: Larson, Steve D.
      (Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 863540
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter PC
Mailing Address: 209 SW Oak Street, Suite 500
City: Portland    State: OR    Zip: 97204
Phone Number: 503-227-1600    Business E-mail Address: slarson@stollberne.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

# EXHIBIT A

## MICHAEL A. CADDELL COURT ADMISSIONS

Courts to which Michael A. Caddell is currently admitted.

Michael A. Caddell is in good standing in all of these courts.

| State | Address | Year |
|---|---|---|
| Texas – Bar No. 03576700 | State Bar of Texas Membership Dept., P.O Box 12487, Austin, TX 78711 800.204.2222 (x. 1383) | 11/12/79 |
| California – Bar No. 249469 | State Bar of California Member Service Center 888-800-3400 | 5/2007 |
| **Federal** | | |
| **APPELLATE COURTS** | | |
| U.S. Supreme Court | Admissions Office, U.S. Supreme Court, 1 First Street, N.E. Washington, D.C. 20543-0001 202.479.3387 | 1987 |
| U.S. Court of Appeals for the Second Circuit | U.S. Court of Appeals, Second Circuit 40 Centre St., 18th Floor New York, NY 10007-1501 http://www.ca2.uscourts.gov/attyadmissions.htm | 1998 |
| U.S. Court of Appeals for the Fifth Circuit | Attorney Admissions Clerk U.S. Court of Appeals, Fifth Circuit 515 Rusk St. Houston, TX 77002-2600 713.250.5440 | 1981 |

1

| | | |
|---|---|---|
| U.S. Court of Appeals for the Sixth Circuit | U.S. Court of Appeals, Sixth Circuit Office of the Clerk, 540 Potter Stewart US Courthouse, 100 E. Fifth St. Cincinnati, OH 45202-3988 513.564.7000 | 2007 |
| U.S. Court of Appeals for the Seventh Circuit | Clerk's Office, Room 2722, 219 S. Dearborn St. Chicago, IL 60604 312.435.5850 | 2008 |
| U.S. Court of Appeals for the Ninth Circuit | Molly Dwyer, Clerk of Court P.O. Box 193939 San Francisco, CA 94119-3939 415.355.8000 | 2007 |
| U.S. Court of Appeals for the Eleventh Circuit | David Ley, Clerk US Court of Appeals, Eleventh Circuit, 56 Forsyth St., N.W., Atlanta, GA 30303 404.335.6100 | 1981 |
| U.S. Court of Appeals for the Federal Circuit | Clerk's Office, Room 401, 717 Madison Place, NW, Washington, DC 20439 202.275.8000 | 1984 |
| **FEDERAL DISTRICT COURTS** | | |
| U.S. Court of Federal Claims | Clerk of Court, 717 Madison Place NW, Washington, DC 20005-1011  202.357.6400 | 1981 |
| U.S. District Court for the Northern District of Texas | Karen Mitchell, Clerk of Court 1100 Commerce St., Room 1452 Dallas, TX 75242  214.753.2200 | 1982 |
| U.S. District Court for the Western District of Texas | William Putnicki, Clerk of Court 200 W. 8th St., Room 130 Austin, TX 78701 512.916.5896 | 1982 |
| U.S. District Court for the Eastern District of Texas | Clerk of Court 211 W. Ferguson St., Room 106 Tyler, TX 75702 903.590.1000 | 1980 |

2

| Court | Clerk / Address | Date |
|---|---|---|
| U.S. District Court for the Southern District of Texas – Bar ID 7426 | David J. Bradley, Clerk of Court<br>515 Rusk Ave.<br>Houston, TX 77002<br>713.250.5500 | 3/13/1987 |
| U.S. District Court for the District of Colorado | Gregory Langham, Clerk of Court<br>Alfred A. Arraj US Courthouse<br>Room A-105, 901 19th St.<br>Denver, CO 80294-3589<br>303.844.3433 | 4/25/2005 |
| U.S. District Court for the Eastern District of Michigan | David J. Weaver, Clerk of Court<br>231 W. Lafayette Blvd., Room 564<br>Detroit, MI 48226<br>313.234.5044 | 6/23/2005 |
| U.S. District Court for the Western District of Wisconsin | Office of the Clerk<br>120 N. Henry St., Room 320<br>Madison, WI 53701-0432<br>608.264.5156 | 2008 |
| U.S. District Court, Eastern District of Wisconsin | Office of the Clerk<br>Jefferson Court Building<br>125 S. Jefferson St., Suite 203<br>Green Bay, WI 54301-7775 | 5/2/2013 |
| U.S. District Court for the Northern District of Florida | William McCool, Clerk of Court<br>111 N. Adams St., Suite 322<br>Tallahassee, FL 32301-7717<br>850.521.3531 | 2005 |
| U.S. District Court for the Central District of California | Clerk of Court<br>312 N. Spring St., Room 529<br>Los Angeles, CA 90012<br>213.894.2085<br>http://www.cacd.uscourts.gov/cacd/AttySearch.nsf | 2007 |
| U.S. District Court for the Northern District of California | David J. Bradley, Clerk of Court<br>515 Rusk Ave.<br>Houston, TX 77002<br>713.250.5500 | 2008 |
| U.S. District Court for the Southern District of California | Clerk of Court<br>880 Front St., Suite 4290<br>San Diego, CA 92101-8900<br>619.557.5600 | 2008 |

| | | |
|---|---|---|
| U.S. District Court for the Eastern District of California | Office of the Clerk<br>501 I Street<br>Sacramento, CA 95814<br>916.930.4000 | 2007 |
| U.S. District Court for the Southern District of Illinois | Clerk of Court<br>750 Missouri Ave.<br>P.O. Box 249<br>East St. Louis, IL 62201<br>618.482.9371 | 9/21/10 |
| U.S. District Court for the Northern District of Illinois | Clerk of Court<br>291 S. Dearborn St.<br>Chicago, IL 60604<br>312.435.5670 | 2010 |
| US District Court for the Western District of Tennessee | Clerk, US District Court<br>Clifford Davis & Odell Horton Federal Building<br>167 N. Main St., Room 242<br>Memphis, TN 38103<br>901.495.1200 | 12/28/2012 |
| U.S. District Court for the Eastern District of Wisconsin | Clerk of the Court<br>U.S. District Court<br>517 E. Wisconsin Ave.<br>Room 362<br>Milwaukee, WI 53202<br>414.297.3372 | 5/2/2013 |