UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

April Speers, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

PRE-EMPLOY.COM, INC.,

Defendant(s).

Civil Case No. 3:13-cv-01849-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Cynthia B. Chapman requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Chapman (Last Name)   Cynthia (First Name)   B. (MI)   (Suffix)

Firm or Business Affiliation: CADDELL & CHAPMAN

Mailing Address: 1331 Lamar, Suite 1070

City: Houston   State: TX   Zip: 77010

Phone Number: (713) 751-0400   Fax Number: (713) 751-0906

Business E-mail Address: cbc@caddellchapman.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| Texas | 11/1/1996 | 00796339 |
| California | 6/7/1993 | 164771 |

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
    See attached Exhibit A

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
April Speers (Plaintiff) and the putative class

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 23rd day of October, 2013

*(Signature of Pro Hac Counsel)*

Cynthia B. Chapman
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 28th day of October, 2013

*(Signature of Local Counsel)*

Name: Larson                    Steve                    D.
*(Last Name)*                  *(First Name)*           *(MI)*    *(Suffix)*

Oregon State Bar Number: 863540
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter PC
Mailing Address: 209 SW Oak Street, Suite 500
City: Portland                          State: OR          Zip: 97204
Phone Number: 503-227-1600    Business E-mail Address: slarson@stollberne.com

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

EXHIBIT A

## CYNTHIA B. CHAPMAN
## COURT ADMISSIONS

California Bar No. - 164471
Texas Bar No. - 00796339
Texas Federal Bar No. - 20617

**Cynthia B. Chapman is in good standing in all court listed below.**

| COURT | Admissions Verification | DATE ADMITTED |
|---|---|---|
| California state district courts | State Bar of California Member Service Center 888.800.3400 | 6/7/93 |
| Texas state district courts | State Bar of Texas Membership Dept. P.O. Box 12487 Austin, TX 78711 800.204.2222 ext. 1383 | 11/1/96 |
| US District Court, Southern District of California | Clerk of Court 880 Front St., Suite 4290 San Diego, CA 92101-8900 619.557.5600 | 6/11/93 |
| US District Court, Northern District of California | David J. Bradley, Clerk of Court 515 Rusk Ave. Houston, TX 77002 713.250.5500 | 8/15/05 |
| US District Court, District of Colorado | Gregory Langham, Clerk of Court Alfred A. Arraj US Courthouse Room A-105, 901 19th St. Denver, CO 80294-3589 303.844.3433 | 4/25/05 |
| US District Court, Eastern District of Michigan | David J. Weaver, Clerk of Court 231 W. Lafayette Blvd., Room 564 Detroit, MI 48226 313.234.5044 | 6/23/05 |

| | | |
|---|---|---|
| US District Court, Eastern District of California | Office of the Clerk<br>501 I Street<br>Sacramento, CA 95814<br>916.930.4000 | 12/20/07 |
| US District Court, Western District of Wisconsin | Office of the Clerk<br>120 N. Henry St., Room 320<br>Madison, WI 53701-0432<br>608.264.5156 | 4/15/08 |
| U.S. District Court, Eastern District of Wisconsin | Office of the Clerk<br>Jefferson Court Building<br>125 S. Jefferson St.<br>Suite 203<br>Green Bay, WI 54301-4541<br>920.884.7775 | 5/2/13 |
| US District Court, Northern District of Illinois | Clerk of Court<br>291 S. Dearborn St.<br>Chicago, IL 60604<br>312.435.5670 | 1/13/10 |
| US District Court, Southern District of Illinois | Clerk of Court<br>750 Missouri Ave.<br>P.O. Box 249<br>East St. Louis, IL 62201<br>618.482.9371 | 9/21/10 |
| U.S. District Court for the Eastern District of Texas | Clerk of Court<br>211 W. Ferguson St., Room 106<br>Tyler, TX 75702<br>903.590.1000 | 4/30/10 |
| U.S. District Court for the Central District of California | Clerk of Court,<br>312 N. Spring St., Room 529<br>Los Angeles, CA 90012<br>213.894.2085<br>http://www.cacd.uscourts.gov/cacd/AttySearch.nsf | 3/21/05 |
| U.S. District Court for the Western District of Tennessee | Attorney Admissions Clerk<br>167 N. Main St., Room 242<br>Memphis, TN 38103<br>901.495.1200 | 12/28/12 |
| US Court of Appeals, Fifth Circuit | Majella Sutton<br>Attorney Admissions Clerk<br>U.S. Court of Appeals, Fifth Circuit<br>515 Rusk St.<br>Houston, TX 77002-2600<br>713.250.5440 | 10/2/00 |

| | | |
|---|---|---|
| US Court of Appeals, Seventh Circuit | Clerk's Office,<br>Room 2722, 219 S. Dearborn St.<br>Chicago, IL 60604<br>312.435.5850 | 12/2008 |
| US Court of Appeals, Ninth Circuit | Molly Dwyer, Clerk of Court<br>P.O. Box 193939<br>San Francisco, CA 94119-3939<br>415.355.8000 | 6/5/07 |
| US Court of Appeals, Federal Circuit | Clerk's Office, Room 401,<br>717 Madison Place, NW,<br>Washington, DC 20439<br>202.275.8000 | 8/25/09 |