UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

April Speers, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

PRE-EMPLOY.COM, INC.,

Defendant(s).

Civil Case No. 3:13-cv-01849-HU

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney Craig C. Marchiando requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**
Name: Marchiando, Craig, C.
(Last Name) (First Name) (MI) (Suffix)
Firm or Business Affiliation: CADDELL & CHAPMAN
Mailing Address: 1331 Lamar, Suite 1070
City: Houston  State: TX  Zip: 77010
Phone Number: (713) 751-0400  Fax Number: (713) 751-0906
Business E-mail Address: ccm@caddellchapman.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

| | | |
|---|---|---|
| Texas | 11/11/2004 | 24046347 |
| California | 6/18/2012 | 283829 |

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
          See attached Exhibit A.

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)  ☑  I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)  ☐  I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ 1,000,000 that will apply in this case, and that policy will remain in effect during the course of these proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
April Speers (Plaintiff) and the putative class

**(6)  CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 23rd day of October, 2013

*(Signature of Pro Hac Counsel)*

Craig C. Marchiando
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 28th day of October, 2013

*(Signature of Local Counsel)*

Name: Larson    Steve    D.
*(Last Name)*    *(First Name)*    *(MI)*    *(Suffix)*

Oregon State Bar Number: 863540
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter PC
Mailing Address: 209 SW Oak Street, Suite 500
City: Portland    State: OR    Zip: 97204
Phone Number: 503-227-1600    Business E-mail Address: slarson@stollberne.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---

# EXHIBIT A

## CRAIG C. MARCHIANDO BAR ADMISSIONS

Craig Marchiando is admitted to the bars of the courts listed below.
Craig Marchiando is in good standing in all of the bar associations listed below.

| STATE COURTS | ADDRESS | DATE ADMITTED |
|---|---|---|
| California<br>Bar No. 283829 | 180 Howard St.<br>San Francisco, CA 94105<br>415-538-2000 | June 18, 2012 |
| Texas<br>Bar No. 24046347 | 1414 Colorado St.<br>Austin, TX 78701<br>512-427-1463 | November 11, 2004 |
| **FEDERAL DISTRICT COURTS** | **ADDRESS** | **DATE ADMITTED** |
| Southern District of Texas<br><br>Federal Bar ID No. 615775 | Attorney Admissions<br>Bob Casey U.S. Courthouse<br>515 Rusk St.<br>Houston, TX 77002<br>713-250-5500 | May 5, 2006 |
| District of Colorado | Office of the Clerk<br>U.S. District Court<br>901 19th St., Room A-105<br>Denver, CO 80294-3589<br>303-844-3433 | April 30, 2013 |
| Eastern District of Wisconsin | Office of the Clerk<br>362 U.S. Courthouse<br>517 East Wisconsin Ave.<br>Milwaukee, WI 53202<br>414-297-3372 | May 2, 2013 |
| Northern District of California | Attorney Admissions Deputy Clerk<br>admissioninfo@cand.uscourts.gov<br>415-522-2060 | September 16, 2013 |
| Central District of California | Terry Nafisi, Clerk<br>Attorney Admissions<br>312 N. Spring St., Room G-8<br>Los Angeles, CA, 90012<br>213-894-1565 | September 24, 2013 |