IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


APRIL SPEERS,                               3:13-cv-01849-HU

        Plaintiff,                    ORDER

v.

PRE-EMPLOY.COM, INC.,

        Defendant.


**BENJAMIN F. JOHNS**
**JOSEPH G. SAUDER**
Matthew D. Schelkopf
Chimicles & Tikellis LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
(610) 642-8500

**CRAIG C. MARCHIANDO**
**CYNTHIA B. CHAPMAN**
**MICHAEL A. CADDELL**
Caddell & Chapman
1331 Lamar St.
Suite 1070
Houston, TX 77010
(713) 751-0400


1 - ORDER

**MARK A. FRIEL**
**STEVE D. LARSON**
Stoll Stoll Berne Lokting & Shlachter, PC
209 S.W. Oak Street
Suite 500
Portland, OR 97204
(503) 227-1600

        Attorneys for Plaintiff

**DEANNA L. WRAY**
**RICHARD A. LEE**
**JUSTIN M. THORP**
Bodyfelt Mount, LLP
707 S.W. Washington Street
Suite 1100
Portland, OR 97205
(503) 243-1022

        Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#37) on May 13, 2014, in which he recommends this Court grant Defendant Pre-Employ.com, Inc.'s Motion (#21) to Dismiss pursuant to Federal Rule of Civil Procedure 12 and dismiss Plaintiff April Speers's claim for equitable relief with prejudice, Plaintiff's class allegations without prejudice, and Counts I and II in their entirety without prejudice.  The matter is now before this Court pursuant to 28 U.S.C.    § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its

2 - ORDER

obligation to review the record *de novo*.  *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#37).  Accordingly, the Court **GRANTS** Defendant's Motion (#21) to Dismiss and **DISMISSES with prejudice** Plaintiff's claims for equitable relief and **DISMISSES without prejudice** all of Plaintiff's class allegations and Counts I and II in their entirety with leave to replead no later than **August 8, 2015**, for consideration by the Magistrate Judge.

IT IS SO ORDERED.

DATED this 23rd day of July, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER