IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| APRIL SPEERS,<br><br>                      Plaintiff,<br><br>           V.<br><br>PRE-EMPLOY.COM, INC.,<br><br>                     Defendant. | 3:13-cv-01849-TC<br><br>JUDGMENT |

Pursuant to the Order Granting Final Approval of Class Action Settlement, this action is dismissed with prejudice.

Dated this 23rd day of February 2016.

                                                            Mary L. Moran, Clerk of Court

                                                             by: s/P. Bruch_____
                                                                Paul Bruch, Deputy Clerk